**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Cathye Hardy Wilson, | ) | Civil Action No.: 4:26-cv-03807-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWERS OF THE UNITED STATES TO STANDARD INTERROGATORIES PURSUANT TO LOCAL RULE 26.01, DSC**

The United States of America, by and through the undersigned counsel, respectfully submits the following answers to the Court's standard interrogatories under Local Rule 26.01 (D.S.C.).

**(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

ANSWER: None known of at this time.

**(B) As to each claim, state whether it should be tried jury or nonjury and why.**

ANSWER: There is no right to a trial by jury against the United States in this case, 28 U.S.C. § 2402.

**(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

ANSWER: No.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.)**

ANSWER: It appears that the Complaint is filed correctly pursuant to 28 U.S.C. § 121(1). The Florence division is the proper division.

**(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

ANSWER: No.

**(F) [*Defendants only*.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

ANSWER: Defendant is properly identified.

**(G) [*Defendants only*.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

ANSWER: None known at this time.

**(H) [*Parties or Intervenors in a Diversity Case*.] In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name--and identify the citizenship of--every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

ANSWER: Not applicable.

[signature page follows]

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
LACRESHA A. JOHNSON
Assistant Director, Torts Branch

By: *_/s/ Nathan J. Bu*_________________

Nathan J. Bu (N.Y. 5702766)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 705-5938
Email: nathan.j.bu@usdoj.gov

September 22, 2026