**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| CATHYE HARDY WILSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 4:26-cv-03807-JD |

**ATTESTATION OF COMPLIANCE**

Pursuant to the Court's Standing Order Regarding Referrals to a United States Magistrate Judge, notice of which was provided on September 2, 2026 [ECF No. 1], undersigned counsel for the Plaintiff hereby files this attestation of compliance and states that, within thirty days of receipt of the Order, counsel provided Plaintiff a copy of the notice and advised of the availability of a Magistrate Judge to preside.

Respectfully submitted,

**WYCHE, P.A.**

*s/Jessica L. Fickling*
Jessica L. Fickling (Fed. ID No. 11403)
R. Brian Critzer (Fed. ID No. 13999)
807 Gervais Street, Suite 301
Columbia, SC 29201
Telephone: (803) 254-6542
Facsimile: (803) 254-6544
jfickling@wyche.com
bcritzer@wyche.com

September 28, 2026