**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| CATHYE HARDY WILSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 4:26-cv-03807-JD<br><br>**CONSENT MOTION TO EXTEND RESPONSIVE DEADLINE** |

Plaintiff Cathye Wilson ("Plaintiff"), with the consent of Defendant United States of America ("Defendant") (collectively, the "Parties"), for good cause shown, moves this Court for an extension of Plaintiff's deadline to respond and reply to Defendant's Partial Motion to Dismiss and Memorandum in Support, [ECF Nos. 13 and 13-1] for fourteen (14) days. The current deadline for Plaintiff to file her response is November 23, 2026. The proposed new deadline for Plaintiff's response brief would be **December 7, 2026**.

Defendant's partial motion to dismiss involves complex issues including threshold issues pertaining to jurisdiction, and spans twenty-three pages. Given the breadth and scope of the motion, additional time is necessary for Plaintiff to properly respond. The Parties agree that this extension will not prejudice any party, this deadline has not previously been extended, and this extension will not affect any other deadline, as no scheduling order has yet been entered.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the deadline for filing a response brief to the Defendant's partial motion to dismiss from November 23, 2026 to **December 7, 2026**.

Respectfully submitted this 11th day of November, 2026.

**WE SO MOVE:**

*/s/ Jessica L. Fickling*
JESSICA L. FICKLING (Fed. ID No. 11403)
R. BRIAN CRITZER (Fed. ID No. 13999)
WYCHE, P.A.
807 Gervais Street, Suite 301
Columbia, SC 29201
(803) 254-6542
jfickling@wyche.com
bcritzer@wyche.com

*Counsel for Plaintiff Cathye Hardy Wilson*

**WE CONSENT:**

JONATHAN D. GUYNN,
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN,
Director, Torts Branch

LACRESHA A. JOHNSON,
Assistant Director, Torts Branch

*/s/ Nathan J. Bu*
NATHAN J. BU
N.Y. Bar No. 5702766
ANDREW JAMES FOWLER
Trial Attorneys
Environmental Torts Litigation
Civil Division, Torts Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 705-5938
nathan.j.bu@usdoj.gov
andrew.fowler@usdoj.gov

*Counsel for United States of America*